UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10098-WGY |
| ) | |
| MANUEL MENDES, ) | |
| Defendant. ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum to MCI Cedar Junction in South Walpole, Massachusetts, for the purpose of securing **MANUEL MENDES** at an initial appearance and/or arraignment before U.S. Magistrate Judge Dein at a date and time to be set by the Court. In support of this petition, the government states that:

1. That **MANUEL MENDES**, date of birth: 09/28/75 is presently confined at M.C.I. Cedar Junction and will be so confined for the foreseeable future.

2. That **MANUEL MENDES** was indicted in the above-captioned case.

3. That **MANUEL MENDES** needs to appear before the United States District Court, at Boston, Massachusetts, for the purpose of an initial appearance and/or arraignment.

**WHEREFORE**, the government requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum to be directed to the United States Marshal for the District of Massachusetts, to the Warden at

MCI Cedar Junction, and to any other person having custody and control of **MANUEL MENDES**, commanding them to produce **MANUEL MENDES** before U.S.M.J. Dein at the United States Courthouse, 1 Courthouse Way, at Boston, Massachusetts at such date and time to be set by the Court for purposes of an initial appearance and/or arraignment.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By: _____
    SUSAN M. POSWISTILO
    Assistant U.S. Attorney

ALLOWED:

_____
JUDITH GAIL DEIN
United States Magistrate Judge

Dated: