## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: The Superintendent of the MCI Cedar Junction, Walpole, Massachusetts.

**YOU ARE COMMANDED** to have the body of **Manuel Mendes** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 15 on the 5th floor, Boston, Massachusetts on **Thursday, April 29, 2004**, at 9:00 A.M. for the purpose of **Initial Appearance** in the case of **UNITED STATES v. Manuel Mendes**

**Cr Number 04-10098-WGY**

And you are to retain the body of said **Manuel Mendes** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **Manuel Mendes** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 28th day of April, 2004.

SEAL

TONY ANASTAS
CLERK,

By: *Thomas F. Quinn*
Thomas F. Quinn
Deputy Clerk

(Habcorp.wrt - 09/92)