UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 04-10098-WGY |
| ) | |
| MANUEL MENDES, ) | |
| Defendant.  ) | |

**W A I V E R**

I, **MANUEL MENDES**, fully understand that I am now a sentenced prisoner, serving a prison sentence imposed upon me by a state court in Massachusetts. I also understand that a federal detainer arising out of United States v. Manuel Mendes, Criminal No. 04-10098-WGY, will be placed upon my return to state custody at the conclusion of my initial appearance and/or arraignment.

I understand that in these circumstances, I have certain rights under the Interstate Agreement on Detainers with respect to the federal court securing my presence for proceedings on the above-styled federal indictment.

I have discussed this matter fully with my attorney and after having such discussion, I hereby voluntarily waive any rights I might have under the Interstate Agreement on Detainers with respect to any proceedings in this case, United States v. Manuel Mendes, Criminal No. 04-10098-WGY, and I further voluntarily consent to the federal court issuing Writs of Habeas Corpus Ad Prosequendum whenever my presence is needed in federal court, and voluntarily consent to be returned to state custody after each proceeding at which my presence was achieved through a

Federal Writ of Habeas Corpus Ad Prosequendum.

Signed in Boston, Massachusetts.

_____
**MANUEL MENDES**, Defendant

_4/29/2004_____
April 29, 2004

*Witnessed by:*
_____
Attorney for the Defendant

_____
April 29, 2004