UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v. )<br>)<br>**MANUEL MENDES,** )<br>   **Defendant** ) | Crim. No.04-10098-WGY |

<u>**INFORMATION**</u>

Pursuant to Title 21, United States Code, Section 851, the government files this Information giving notice that at the sentencing of defendant Manuel Mendes, the government will seek increased punishment by reason of the following criminal conviction:

1. Commonwealth of Massachusetts, Superior Court, Barnstable County, No. BACR2000-48633. Offense: Trafficking in a controlled substance, cocaine, in violation of M.G.L. ch.94C § 32E(b)(2). Conviction date: February 13, 2002.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By:      /s/
> SUSAN M. POSWISTILO
> Assistant U.S. Attorney