# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal Action
No: **04-10098-WGY**

**UNITED STATES**
Plaintiff

v.

**MANUEL MENDES
CHRISTOPHER CUSTER
CARMEN FIGUEROA
DESIREE ALVES
WILLIAM TEJADA
JENNIFER PAVAO**
Defendant

## SCHEDULING ORDER

YOUNG, C.J.

An initial status conference in accordance with LR 116.5 was held on  5/18/04

Any substantive motions are to be filed by    3/7/05  .  See LR 116.3(E) and (H).

Response to any motion is to be filed on or before        3/21/05    See LR 116.3(l).

A Final Pretrial Conference will be held on   4/4/05@ 2:00 PM

A joint memorandum in accordance with LR 116.5(C) is to be filed by 4/4/05

A tentative trial date has been set for   5/2/05

The time between 5/18/04   and        5/2/05    is excluded in the interest
 of justice.

The defendants have an additional 60 days to file discovery letter.

**The Court Orders the Conditions of Release for Defendant Carmen Figueroa amended as follows: The defendant may reside with Mrs. Mendes, but is to have no**

**Telephone contact with defendant Manuel Mendes.**

**By the Court,**

**/s/ Elizabeth Smith**

**Deputy Clerk**

**May 20, 2004**
**To: All Counsel**