COMMONWEALTH OF MASSACHUSETTS

U.S. FIRST DISTRICT COURT

DOCKET #: 04CR10098-WSY

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) ) | **MOTION FOR APPOINTMENT** |
| V.  ) ) | **OF COUNSEL** |
| MANUEL MENDES ) | |

Now comes the Defendant, Manuel Mendes, and hereby moves that this Honorable Court pursuant to Federal Rules of Criminal Procedure 44(a) for the appointment of counsel.

As reasons therefor the defendant states that he has been unable to secure private counsel of his choosing due to his indigent status. A financial affidavit is attached hereto.

Further, the defendant requests that the court appoint Attorny Anthony Cardinal or Attorney Matthew Weinberg.

MANUEL MENDES, PROSE
P.O. Box 100
Walpole, Ma. 02071