UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET 04-10098-WGY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| MANUEL MENDES | ) |
| | ) |

MOTION TO JOIN IN AND ADOPT ALL SUBSTANTIVE MOTIONS OF CO-DEFENDANTS

Now comes the defendant, Manuel Mendes, and moves this Honorable Court to join in and adopt all substantive motions filed by any and all co-defendants, insofar as he has standing to litigate the issues raised therein.

In support thereof, the defendant Manual Mendes states that it is in the interest of judicial economy that he file this motion and that many of the motions he would file would be duplicative of the motions previously filed by co-defendants.

Respectfully submitted,
By his attorney

/s/ Thomas J. Ford__
Thomas J. Ford
141 Tremont Street
Suite 400
Boston, MA 02111
(617) 542-6082
BBO No. 174640