JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**County** Barnstable

**Related Case Information:**
- Superseding Ind./ Inf.   Yes     Case No. 04-10098-WGY
- Same Defendant   YES     New Defendant _____
- Magistrate Judge Case Number   04M-1038
- Search Warrant Case Number   04M-1041 to 1044
- R 20/R 40 from District of _____

## Defendant Information:

- **Defendant Name** William Tejeda     Juvenile: ☐ Yes ☐ No
- **Alias Name** _____
- **Address** 1234 Boston Road, Bronx, New York
- **Birthdate:** 00-00-76   **SS #** 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   **Sex:** M   **Race:** Hispanic   **Nationality** _____
- **Defense Counsel if known:** David Apfel     **Address** Goodwin Proctor, LLP, 53 State Street
- **Bar Number** _____     Boston, MA 02109

## U.S. Attorney Information:

- **AUSA** Susan M. Poswistilo     **Bar Number if applicable** _____

**Interpreter:** ☐ Yes ☐ No     List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes  x No

**Warrant Requested**   x   Regular Process     ☐ In Custody

## Location Status:

**Arrest Date** March 16, 2004

- ☐ Already in Federal Custody as of _____ in _____
- ☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
- X On Pretrial Release: Ordered by: USMJ Dein on April 19, 2004

**Charging Document:** ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ X Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: April 20, 2005     Signature of AUSA: _____

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   William Tejeda

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

JS 45 all defendantsSuperseding.wpd - 2/7/02

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**     **Category No.** __II__     **Investigating Agency** __DEA__

City _____

**Related Case Information:**

County __Barnstable__

Superseding Ind./ Inf. __YES__     Case No. __04-10098-WGY__
Same Defendant __YES__     New _____
Magistrate Judge Case Number __04M-1038__
Search Warrant Case Number __04M-1041 TO 1044-JGD__
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** __Desiree Alves__     Juvenile: ☐ Yes    ☐ No

**Alias Name** _____

**Address** __299 Camp Street, Yarmouth, MA__

**Birthdate** __00-00-80__   SS # __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__   Sex: __F__   Race __Black__   Nationalit _____

**Defense Counsel if known:** __Page Kelly__     Address __Federal Defender's Office__

**Bar Number** _____     __408 Atlantic Ave, Boston, 02210__

**U.S. Attorney Information:**

**AUSA** __Susan M. Poswistilo__     Bar Number if applicable _____

**Interpreter:** ☐ Yes   ☒ No     List language and/or dialect: _____

**Matter to be SEALED:** ☐ Yes   ☒ No

☐ Warrant Requested    X   Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** __March 16, 2003__

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
X On Pretrial Release: Ordered by: __USMJ Dein__ on __March 19, 2004__

**Charging Document:**   Complaint    ☐ Information    X Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☐ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __4/20/05__     Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Desiree Alves

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**            **Category No.** II            **Investigating Agency** DEA

                                 **Related Case Information:**

**County** Barnstable            **Superseding Ind./ Inf.** YES        **Case No.** 01-10098-WGY
                                 **Same Defendant** Yes                **New** x
                                 **Magistrate Judge Case Number** 04M-1038
                                 **Search Warrant Case Number** 04M-1041 to 1044-JGD
                                 **R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant Name** Carmen Figueroa            **Juvenile:** ☐ Yes   x No
**Alias Name** _____
**Address** 90 Sandwich Road, Bourne, MA
**Birthdate** 00-00-79   **SS #** 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   **Sex:** F   **Race** Black   **Nationalit** _____

**Defense Counsel if known:** John LaChance   **Address** 600 Worcester Rd., Suite 501
**Bar Number** _____                                      Framingham, MA 01701

**U.S. Attorney Information:**

**AUSA** Susan M. Poswistilo            **Bar Number if applicable** _____

**Interpreter:**   ☐ Yes   X☐ No   **List language and/or dialect:** _____

**Matter to be SEALED:**   ☐ Yes   X☐ No

☐ Warrant Requested        X Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date** March 16, 2004

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release: Ordered by: USMJ Dein   on March 19, 2004

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☐ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 4/20/05        **Signature of AUSA:** _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Carmen Figueroa

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

JS 45 all defendantsSuperseding.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**     **Category No.** II     **Investigating Agency** DEA

**Related Case Information:**

**County** Barnstable     **Superseding Ind./ Inf.** YES     **Case No.** 04-10098-WGY
**Same Defendant** YES     **New** _____
**Magistrate Judge Case Number** 04M-1038
**Search Warrant Case Number** 04M-1041 to 1044-JGD
**R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant Name** Christopher T. Custer     **Juvenile:** ☐ Yes   X No

**Alias Name** _____

**Address** 18 Murphy Road, Hyannis, MA

**Birthdate** 1977   **SS #** 9115   **Sex:** M   **Race** Caucasion   **Nationalit** _____

**Defense Counsel if known:** Mark D. Smith     **Address** 15 Broad Street, Ste. 600

**Bar Number** _____     Boston, MA 02109

**U.S. Attorney Information:**

**AUSA** Susan M. Poswistilo     **Bar Number if applicable** _____

**Interpreter:** ☐ Yes   X☐ No     **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes   X☐ No

☐ Warrant Requested     X Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** March 16, 2004

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence     ☐ Awaiting Trial
X On Pretrial Release: Ordered by: USMJ Pitman (SDNY) on 4/22/04

**Charging Document:**     Complaint     ☐ Information     X Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     ☐ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 4/20/05     **Signature of AUSA:** _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Christopher T. Custer

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

JS 45 all defendantsSuperseding.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C MA 2/7/02)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            Category No.  II            Investigating Agency   DEA

City _____         **Related Case Information:**

County   Barnstable              Superseding Ind./ Inf.   YES        Case No.  04-10098-WGY
                                 Same Defendant   YES        New Defendant _____
                                 Magistrate Judge Case Number   04-1038 and 04M-1049
                                 Search Warrant Case Number   04M-1041 through 1044-JGD
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   Manuel Lamont Mendes            Juvenile:   ☐ Yes   ■ No

Alias Name _____

Address   Plymouth House of Correction

Birthdate: 1975    SS # 0354    Sex: Male    Race: CVR    Nationalit _____

**Defense Counsel if known:**    Thomas J. Ford        Address  141 Tremont Street, Ste. 400

Bar Number _____                                          Boston, MA 02111

**U.S. Attorney Information:**

AUSA   Susan M. Poswistilo            Bar Number if applicable _____

Interpreter:   ☐ Yes   ■ No       List language and/or dialect: _____

**Matter to be SEALED:**   ☐ Yes   ■ No

   ☐ Warrant Requested       ☐ Regular Process           X  In Custody

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
■ Already in State Custody at ~~MCI Cedar Junction~~    ■ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ■ Indictment

**Total # of Counts:**   ☐ Petty — ☐ Misdemeanor — ■ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

■  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  4/20/05        Signature of AUSA _____

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Manuel Lamont Mendes

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute Cocaine Base | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**   Category No.  II   Investigating Agency   DEA

City   _____   **Related Case Information:**

County   Barnstable   Superseding Ind./ Inf.   YES   Case No.   04-10098-WGY
                      Same Defendant   YES   New Defendant   _____
                      Magistrate Judge Case Number   04M-1049
                      Search Warrant Case Number   04M1041 to 1044-JGD
                      R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   Jennifer Pavao   Juvenile:   ☐ Yes   X No

Alias Name   _____

Address   153 Bacon Road, Hyannis MA

Birthdate:  00/00/78   SS #  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   Sex:  F   Race:  Caucasion   Nationalit _____

**Defense Counsel if known:**   Michael Andrews   Address  21 Customs House Street, Ste. 920

Bar Number   _____   Boston, MA 02110

**U.S. Attorney Information:**

AUSA   Susan M. Poswistilo   Bar Number if applicable   _____

**Interpreter:**   ☐ Yes   X☐ No   List language and/or dialect:   _____

**Matter to be SEALED:**   Yes  ☐X No

    Warrant Requested   X   Regular Process   ☐ In Custody

**Location Status:**

Arrest Date   3/16/04

☐ Already in Federal Custody as of   _____  in  _____
☐ Already in State Custody at   _____   ☐ Serving Sentence   ☐ Awaiting Trial
X On Pretrial Release:   Ordered by:  USMJ Pitman (SDNY)   on   March 17, 2004

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ____   ☐ Misdemeanor ____   ☐ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☐   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   4/20/05   Signature of AUSA: _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

Name of Defendant    Jennifer Pavao

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | Conspiracy to possess with Intent to Distribute Cocaine Base | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

JS 45 PavaoSuperseding.wpd - 2/7/02