UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>   v.                              )<br>)<br>**MANUEL L. MENDES, CHRISTOPHER** )<br>**T. CUSTER, CARMEN FIGUEROA,**   )<br>**DESIREE ALVES, WILLIAM TEJEDA,**)<br>**and JENNIFER PAVAO,**            )<br>)<br>      **Defendants.**              ) | Criminal No.<br>04-10098-WGY |

## NOTICE OF APPEARANCE

Please take note that Nancy Rue, Assistant United States Attorney for the District of Massachusetts, will be appearing on behalf of the United States of America in this action.

                              MICHAEL J. SULLIVAN
                              United States Attorney


                       By:   /s/ Nancy Rue
                             SUSAN M. POSWISTILO
                             NANCY RUE
                             Assistant U.S. Attorneys