UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET 04-10098-WGY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| MANUEL MENDES, | ) |
|     Defendant | ) |
| | ) |

**<u>DEFENDANT'S MOTION TO BE PROVIDED WITH TRANSCRIPTS OF ALL TELEPHONE CONVERSATIONS BY MANUEL LAMONT MENDES WHILE INCARCERATED AT THE PLYMOUTH COUNTY HOUSE OF CORRECTIONS</u>**

      Now comes the Defendant, Manuel Lamont Mendes, and moves this Honorable Court to order the Government to provide him with written transcripts of each and every telephone call that was recorded by the Government while he was in the Plymouth County House of Corrections for the following good and sufficient reasons:

1. That Attorney Thomas J. Ford is in receipt of numerous audio tapes, as well as CD-ROMs, which are extremely voluminous.

2. That it is extremely difficult to go over each and every one of the audio tapes, as well as the CD-ROMs, with my client while he is incarcerated.

3. That the Defendant is looking at a substantial period of incarceration with respect to this case and it is of utmost importance that he be allowed to review the each and every phone call that the Government alleges will categorize him as a leader/manager/organizer, and therefore attribute a significant amount of weight (1.5 kilograms of cocaine) to him.

4. That it is the Defendant's contention that many of these phone calls were of a personal and family nature.

5. The Defendant further requests that any transcript provided not be redacted in any way.

Wherefore the Defendant requests the Government to provide transcripts forthwith.

        Respectfully submitted,
        By his attorney

        /s/ Thomas J. Ford__
        Thomas J. Ford
        141 Tremont Street
        Suite 400
        Boston, MA 02111
        (617) 542-6082
        BBO No. 174640