UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>         v.                )<br>  )<br>MANUEL L. MENDES, CHRISTOPHER )<br>T. CUSTER, CARMEN FIGUEROA,   )<br>DESIREE ALVES, WILLIAM TEJEDA,)<br>and JENNIFER PAVAO,           )<br>  )<br>         Defendants.          ) | Criminal No.<br>04-10098-WGY |

### GOVERNMENT'S RESPONSE TO DEFENDANT MENDES' MOTION TO BE PROVIDED WITH TRANSCRIPTS

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, opposes the motion of defendant Mendes to be provided with transcripts in the above-referenced matter.

As the Court is aware, the defendant has been supplied with hours and hours of recorded conversation that he had with others while he was incarcerated at the Plymouth House of Corrections. The government has not prepared transcripts for all of these conversations, and is under no duty to do so. As the defendant acknowledges, many of these conversations were of a personal and family nature and the government has not transcribed them. Moreover, the government has not transcribed all of the numerous drug conversations had by the defendant. Rather, transcripts were prepared for only those conversations the government deemed necessary for prosecution of this case.

During discovery, defendant Mendes was provided with all transcripts that were prepared of intercepted conversations pursuant to the court-ordered wiretaps. In addition, the government will provide to defendant Mendes all transcripts that it had marked for identification at the trial of co-defendants Carmen Figueroa and William Tejeda, as well as all transcripts that it prepared but did not use at trial.

Accordingly, to the extent that the defendant is seeking an order requiring the government to prepare transcripts for all recorded calls from the PHOC and from the wiretaps, that motion should be denied.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:   /s/ Susan M. Poswistilo
        SUSAN M. POSWISTILO
        Assistant United States Attorney