```
 1                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Criminal No.
 3                                        04-10098-WGY

 4
     * * * * * * * * * * * * * * * *
 5                                  *
     UNITED STATES OF AMERICA       *
 6                                  *
     v.                             *  ARRAIGNMENT
 7                                  *  and PLEA
     MANUEL LAMONT MENDES           *
 8   and JENNIFER PAVAO             *
                                    *
 9   * * * * * * * * * * * * * * * *

10            BEFORE:  The Honorable William G. Young,
                                District Judge
11

12
     APPEARANCES:
13
              SUSAN M. POSWISTILO and NANCY RUE,
14      Assistant United States Attorneys, 1 Courthouse
        Way, Suite 9200, Boston, Massachusetts 02210, on
15      behalf of the Government

16            THOMAS J. FORD, ESQ., 141 Tremont Street,
        Suite 400, Boston, Massachusetts 02111, on behalf
17      of Manuel Lamont Mendes

18            LAW OFFICES OF MICHAEL C. ANDREWS (By
        Michael C. Andrews, Esq.), 21 Custom House Street,
19      Suite 920, Boston, Massachusetts 02110, on behalf
        of Jennifer Pavao
20

21

22

23
                                      1 Courthouse Way
24                                    Boston, Massachusetts

25                                    April 29, 2005
```