```
1              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
2
                                        Criminal No.
3                                       04-10098-WGY

4
   * * * * * * * * * * * * * * *
5                               *  MOTION TO SUPPRESS
   UNITED STATES OF AMERICA     *     (Volume 2)
6                               *
   v.                           *  TRANSCRIPT OF
7                               *  PRELIMINARY
   CARMEN FIGUEROA and          *  JURY INSTRUCTIONS,
8  WILLIAM TEJEDA               *  OPENING STATEMENTS
                                *  and THE EVIDENCE
9  * * * * * * * * * * * * * * *     (Volume 2)
```

   BEFORE: The Honorable William G. Young,
           District Judge, and a Jury

   APPEARANCES:

   SUSAN M. POSWISTILO and NANCY RUE, Assistant United States Attorneys, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210, on behalf of the Government

   JOHN H. LaCHANCE, ESQ., 600 Worcester Road, Suite 501, Framingham, Massachusetts 01702, on behalf of Carmen Figueroa

   GOODWIN PROCTER, LLP (By David J. Apfel, Esq. and Jennifer W. Fischesser, Esq.), Exchange Place, Boston, Massachusetts 02109-2881, on behalf of William Tejeda

                                1 Courthouse Way
                                Boston, Massachusetts

                                May 4, 2005

# **I N D E X**

**MOTION TO SUPPRESS**

**WITNESS:**         **DIRECT**   **CROSS**     **REDIRECT**    **RECROSS**

BRIAN J. GUINEY, Resumed

 By Mr. Apfel                6

                                            **FOR**     **IN**

   **EXHIBITS:**                                **I.D.**    **EVID.**

C       Drug Test Results . . . . . . . . . . . . . 6

**I N D E X**

**JURY TRIAL**

Preliminary Jury Instructions . . . . . . . . . . . . 16

Opening Statement by Ms. Rue . . . . . . . . . . . 35

Opening Statement by Mr. LaChance . . . . . . . . . 47

Opening Statement by Mr. Apfel . . . . . . . . . . 53

| WITNESS: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| SEAN BALCOM | | | | |
| By Ms. Poswistilo | 62 | | | |

| EXHIBITS: | | FOR I.D. | IN EVID. |
|---|---|---|---|
| 3 | Call Number 81 . . . . . . . . . . . . . . . . . . | | 75 |
| A | Transcript . . . . . . . . . . . . . . . . | 75 | |
| 4 | Call Number 82 . . . . . . . . . . . . . . . . . . | | 78 |
| 6 | Call Number 83 . . . . . . . . . . . . . . . . . . | | 78 |
| 7 | Call Number 99 . . . . . . . . . . . . . . . . . . | | 78 |
| 8 | Call Number 103 . . . . . . . . . . . . . . . . . | | 78 |
| 9 | Call Number 104 . . . . . . . . . . . . . . . . . | | 78 |
| B-G | Transcripts . . . . . . . . . . . . . . . | 78 | |
| 1 | Photograph . . . . . . . . . . . . . . . . . . . . | | 97 |
| 2 | Photograph . . . . . . . . . . . . . . . . . . . . | | 97 |