

**Attorney At Law**
141 Tremont Street, Suite 400
Boston, Massachusetts 02111
TFordAttorney@hotmail.com

Telephone (617) 542-6082                                    Facsimile (617) 338-4244

March 10, 2006

**Via First Class Mail**
Elizabeth F. Smith
Courtroom Clerk to the Honorable William G. Young
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 5710
Boston, MA, 02210

      RE:   United States v. Mendes
            Criminal Docket No.: 10098-WGY

Dear Ms. Smith:

    As per your e-mail of March 8, 2006, please be advised that no evidentiary hearing will be required for April 4, 2006. It is my understanding that at that time, sentencing will take place before the Honorable William G. Young.

    Thank you for your attention to this matter.

                                                       Very Truly Yours,

                                                       Thomas J. Ford

Enclosure
cc:    Manuel Mendes
       Susan Poswistilo, A.U.S.A.