UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**WRIT OF HABEAS CORPUS**

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his

deputies, and to:   WARDEN MCI CEDAR JUNCTION

YOU ARE COMMANDED to have the body of  **MANUEL MENDES**   now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse 1 Courthouse Way, Boston, MA, Courtroom No. __18__, on the __5__ floor, Boston, Massachusetts on   **TUE. APRIL 4, 2006**, at **2:00** P.M. for the purpose of **SENTENCING**

in the case of     UNITED STATES OF AMERICA V.  **MANUEL MENDES**

CR Number   04-10098-WGY

    And you are to retain the body of said **MANUEL MENDES** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **MANUEL MENDES** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.

Dated this 3 day APRIL of, 2006  .


/s/ William G. Young
_____
UNITED STATES DISTRICT JUDGE

                                        SARAH A. THORNTON, CLERK

                                                 /s/ Elizabeth Smith
                                        By:_____
            SEAL                             Deputy Clerk


(Habcorp.wrt - 10/96)                                              [kwhcap.] or
                                                                   [kwhcat.]