```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                           Criminal No.
 3                                         04-10098-WGY

 4

 5

 6   * * * * * * * * * * * * * * * *
                                    *
 7   UNITED STATES OF AMERICA       *
                                    *
 8   v.                             *   SENTENCING EXCERPT
                                    *
 9   MANUEL MENDES                  *
                                    *
10   * * * * * * * * * * * * * * * *

11

12            BEFORE:  The Honorable William G. Young,
                             District Judge
13

14

15

16

17

18

19

20

21

22

23
                                          1 Courthouse Way
24                                        Boston, Massachusetts

25                                        April 4, 2006
```

```
 1              THE COURT:  Thank you.
 2              Mr. Manuel Mendes, pursuant to the provisions of 18
 3    United States Code, Section 3553, the information from the
 4    United States Attorney, the probation officer, your attorney
 5    and yourself, this Court sentences you to 35 years in the
 6    custody of the United States Attorney General, such sentence
 7    to run from and after the sentence you are now serving.
 8              The Court places you on ten years of supervised
 9    release once you have been released from custody.
10              The Court imposes no fine due to your inability to
11    pay a fine.  The Court imposes a $100 special assessment.
12              The special conditions of your supervised release
13    are that you are prohibited from possessing a firearm or
14    other dangerous weapon.  You're to participate in a
15    certified batterers intervention program as directed by the
16    probation office.
17              Let me explain that sentence to you, sir.  Your
18    crimes are extensive and monstrous.  You're absolutely right
19    that none of the girls should be in prison.  The reason that
20    it's been necessary to impose prison sentences upon them is
21    for their own culpability, a culpability that you caused
22    them to endure.  You caused them to endure.  You can't pass
23    this off based upon the fact that your brother was murdered.
24              This was no mistake.  This was an extensive,
25    detailed, high-level crack cocaine distribution ring which
```

```
 1   you were running.  This is a just and a fair sentence.  It
 2   is the sentence of this Court.
 3            You have the right to appeal from this sentence,
 4   indeed, from any findings or rulings this Court has made
 5   against you.  Should you appeal and should your appeal be
 6   successful in whole or in part and the case remanded,
 7   further proceedings will be before another judge.
 8            Should you appeal, Mr. Ford, I want, and should you
 9   want the transcript, I want a request for the transcript
10   prior to the notice of appeal so that I can smoothly have
11   the transcript prepared before I lose jurisdiction.
12            Do you understand that?
13            **MR. FORD:**  Yes, your Honor.
14            **THE COURT:**  Thank you.  That's the sentence of the
15   Court.
16            You'll have credit -- well, it's a from and after
17   sentence.
18            That's the sentence of the Court.  We'll take care
19   of the civil matter in the lobby.
20            We'll recess.
21            **THE CLERK:**  All rise.  Court is in recess.
22            (Whereupon the matter concluded.)
23
24
25
```