UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET 04-10098-WGY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| MANUEL MENDES, | ) |
|     Defendant | ) |
| | ) |

## DEFENDANT MANUEL MENDES'S MOTION FOR FUNDS FOR TRANSCRIPTS

Pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, defendant Manuel Mendes hereby moves that this Court authorize the expenditure of such funds as may be required to obtain a transcript of his sentencing hearing in the above-captioned case, as well as transcripts of the sentencing hearings of all of his co-defendants. In support of this Motion, Mr. Mendes states:

1. Mr. Mendes was charged in a superseding indictment with one count of conspiracy to possess, with the intent to distribute, cocaine base. Mr. Mendes and co-defendants Christopher Custer, Jennifer Pavao and Desiree Alves pled guilty to the charge in the superseding indictment. William Tejeda and co-defendant Carmen Figueroa were tried and convicted on this charge.

2. Mr. Medes was sentenced on April 4, 2006. Co-defendant Tejeda was sentenced on March 30, 2006. Co-defendant Alves was sentenced on March

    29, 2006.  Co-defendant Custer was sentenced on March 28, 2006.  CO-defendants Pavao and Figueroa are scheduled to be sentenced on May 1, 2006.

3. The sentencing transcripts are necessary for Mr. Mendes to prepare his appeal to the First Circuit Court of Appeals.

WHEREFORE, Mr. Mendes respectfully asks that this Court authorize the expenditure of such funds as may be required to enable him to obtain a transcript of his sentencing hearing as well as transcripts of the sentencing hearings of all of his co-defendants.

                                      Respectfully submitted,
                                      MANUEL MENDES
                                      By his attorney

                                      /s/ Thomas J. Ford__
                                      Thomas J. Ford
                                      BBO # 174640
                                      141 Tremont Street
                                      Suite 400
                                      Boston, MA 02111
                                      (617) 542-6082

Dated: April 5, 2006