UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____

CRIMINAL NO. 04-10098-WGY
_____

UNITED STATES
v.

MANUEL LAMONT MENDES
_____


**NOTICE OF APPEAL**

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, the defendant Manuel Lamont Mendes hereby appeals to the United States Court of Appeals for the First Circuit from the findings, rulings, and sentence imposed by the Court on April 4, 2006, and from the resulting Judgment entered on April 5, 2006.

        Respectfully submitted,
        The defendant,
        MANUEL LAMONT MENDES
        By his counsel,


        /s/ Thomas J. Ford
        Thomas J. Ford
        141 Tremont Street
        Suite 400
        Boston, MA 02111
        (617) 542-6082

Dated: April 7, 2006