UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 MAY 10  P 12: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Petitioner,<br><br>v.<br><br>MANUEL MENDES,<br>　　　　　　Respondent, | CRIMINAL ACTION<br>NO. 04-10098-WGY |

### MOTION FOR APPOINTMENT OF NEW COUNSEL

　　Now comes the Respondent, Manuel Mendes, who hereby moves this Honorable Court pursuant to Federal Rules of Criminal Procedure 44(a) for appointment of new counsel.

　　As reasons therefore, the respondent, Manuel Mendes, states that he and Private Counsel Thomas Ford are having a Conflict of Interest. This Conflict of Interest might result in harm and injury to the appeal of the Respondent.

　　A correspondence from Private Counsel Thomas Ford is attached hereto this motion in support thereof.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

DATED: May 8, 2006

　　　　　　　　　　　　　　　　　　_/s/ Manuel Mendes_
　　　　　　　　　　　　　　　　　　Manuel Mendes, Respondent
　　　　　　　　　　　　　　　　　　M.C.I. Cedar Junction
　　　　　　　　　　　　　　　　　　P.O. Box# 100., Rt-1A
　　　　　　　　　　　　　　　　　　South Walpole, Ma. 02071