*Thomas J. Ford*
Attorney At Law
141 Tremont Street, Suite 400
Boston, Massachusetts 02111
TFordAttorney@hotmail.com

Telephone (617) 542-6082                                    Facsimile (617) 338-4244

FILED
CLERKS OFFICE
2006 MAY 10 P 12: 33
U.S. DISTRICT COURT
DISTRICT OF MASS

May 5, 2006

**ATTORNEY/CLIENT**
Manuel Mendes
P.O. Box 100
South Walpole, MA 02071

RE:   United States v. Mendes
      Criminal No.: 04-10098-WGY

Dear Mr. Mendes,

Please be advised that I have forwarded to you the updated Presentence Report.

Further, I would suggest that you ask for a court appointed counsel to handle your appeal. That would give a new lawyer a fresh view of the case and if I have made any errors, he would be the person to pick those out.

Thank you for your attention to these matters.

Very truly yours,

Thomas J. Ford